UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RICCI,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, GIA SAVOY, DAVID CHERNOW, and Does 1 through 50, inclusive,<br><br>    Defendants. | No. 2:17-cv-2673-MCE-EFB PS<br><br><br>ORDER |

This case, in which plaintiff was proceeding *in propria persona*, was before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On March 16, 2018, attorney Donnie Ray Cox substituted in as attorney of record for plaintiff. ECF No. 4.

Because plaintiff is now represented by counsel, the referral to the magistrate judge will be withdrawn and the case will be referred back to the district judge. The undersigned will, however, continue to perform the usual discovery tasks associated with ordinary civil cases.

Accordingly, it is hereby ORDERED that the referral of this case to the magistrate judge is withdrawn, and the case is referred back to the district judge.

DATED: March 19, 2018.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE