# UNITED STATES DISTRICT COURT
# EASTER DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RICCI,<br><br>Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, GIA SAVOY, DAVID CHERNOW, and Does 1 through 50, Inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-02673-MCE-EFB PS<br><br>**ORDER GRANTING ENLARGEMENT OF TIME TO SERVE COMPLAINT PURSUANT TO FRCP 6(b)** |

For good cause shown, IT IS HEREBY ORDERED that the time in which Plaintiff must serve the Summons and Complaint in this matter is extended by 30 days, to April 20, 2018.

IT IS SO ORDERED.

Dated: March 22, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1