UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KRISTA RICCI,

          Plaintiff,

    v.

COUNTY OF SACRAMENTO, et al.,

          Defendants.

No. 2:17-cv-02673-MCE-EFB

**ORDER**

     Presently before the Court is Defendants' Motion to Dismiss (ECF No. 19), which is premised in part on the argument that this Court should abstain from hearing this case because a challenge to the underlying custody proceedings remains pending before California's Third District Court of Appeal. Based on this Court's review of the docket in that case, it appears those proceedings have terminated. Accordingly, not later than twenty (20) days following the date this Order is electronically filed, the parties are directed to file simultaneous briefing, not to exceed ten (10) pages per side, on how the termination of those proceedings impacts the case before this Court.

     IT IS SO ORDERED.

Dated: December 30, 2018

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE