# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RICCI, | CASE NO. 2:17-CV-02673-MCE-EFB PS |
| Plaintiffs | **ORDER EXTENDING DATE BY WHICH PLAINTIFF MUST FILE SECOND AMENDED COMPLAINT** |
| v. | |
| COUNTY OF SACRAMENTO, SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, GIA SAVOY, DAVID CHERNOW, and Does 1 through 50, Inclusive, | |
| Defendants. | |

Pursuant to Stipulation by all Parties (ECF No. 30), and for good cause, IT IS HEREBY ORDERED that the date by which Plaintiff must file her Second Amended Complaint is extended to **April 3, 2019**.

IT IS SO ORDERED.

Dated: March 4, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE