UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RICCI,<br><br>    Plaintiffs<br><br>v.<br><br>COUNTY OF SACRAMENTO, SACRAMENTO DEPARTMENT OF HEALTH AND HUMAN SERVICES, GIA SAVOY, DAVID CHERNOW, and Does 1 through 50, Inclusive,<br><br>    Defendants. | CASE NO. 2:17-CV-02673-MCE-EFB PS<br><br>**ORDER EXTENDING DATE BY WHICH PLAINTIFF MUST FILE SECOND AMENDED COMPLAINT** |

    Pursuant to Stipulation by all parties (ECF No. 41), IT IS HEREBY ORDERED that the date by which Plaintiff must file her Second Amended Complaint is extended to 15 days after the filing date of the Court's ruling on Plaintiff Counsels' request to be relieved as Attorney of Record for the Plaintiff (ECF No. 31).

    IT IS SO ORDERED.

Dated: April 2, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE