UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTA RICCI, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | No. 2:17-cv-02673-MCE-EFB <br><br><br> **ORDER** |

After consideration of the Stipulation by and between the Parties through their counsels of record (ECF No. 46), and good cause appearing, it is hereby ORDERED that Plaintiff's time to file a Second Amended Complaint ("SAC") shall be extended by 30 days. Plaintiff's SAC shall now be due no later than **June 28, 2019**.

IT IS SO ORDERED.

Dated: June 18, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1